AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| deGravelles, John W. | US District Court, Louisiana, Middle District | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

John W. deGravelles
777 Florida Street, Suite 355
Baton Rouge, LA 70801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | deGravelles Enterprises, LLC |
| 2. | Member | deGravelles Family II, LLC |
| 3. | Member | deGravelles Family III, LLC |
| 4. | Partner | DPHF Company |
| 5. | Shareholder - See Part VIII | Louisiana Litigation Services, Inc. |
| 6. | Guest Lecturer and Instructor | Louisiana State University - Paul M. Hebert Law Center |
| 7. | Guest Lecturer | Tulane University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/2014 | Louisiana State University - Lecturer - Course on Federal Courts - January 13, 2015 - April 23, 2015 |
| 2. | 11/26/2013 | Tulane University Law School - Lecturer - Course on Maritime Personal Injury - May 18, 2015 - June 5, 2015 |
| 3. | 4/27/2015 | Louisiana State University - Guest Lecturer & Instructor - Comparative Maritime Personal Injury & Death Class - July 6, 2015 - July 24, 2015 |
| 4. | 7/23/2014 | John Neale deGravelles, LLC - See Part VIII for terms |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | deGravelles, John W. | 05/12/2016 |

| | |
|---|---|
| 5. 12/20/2013 | deGravelles, Palmintier, Holthaus & Fruge' - See Part VIII for terms |
| 6. 3/2/2015 | Louisiana State University - Lecturer - Course on Federal Courts - January 12, 2016 - April 28, 2016 |
| 7. 3/2/2016 | Louisiana State University - Lecturer - Course on Federal Courts - January 17, 2017 - April 27, 2017 |
| 8. 1/1/2016 | Tulane University Law School - Lecturer - Course on Martime Personal Injury - May 23, 2016 - June 10, 2016 |
| 9. 6/18/2015 | Michael C. Palmintier, APLC - See Part VIII for terms |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | Louisiana State University | $17,656.52 |
| 2. 2015 | West Services, Inc. - Book Royalties | $2,008.51 |
| 3. 2015 | The Administrators of the Tulane Education Fund - Guest Lecturer Fee | $6,000.00 |
| 4. 2015 | deGravelles, Palmintier, Holthaus, Fruge' - Prior Fees Earned - See Part II Agreements | $186,124.73 |
| 5. 2015 | John Neale deGravelles, LLC - Prior Fees Earned - See Part II Agreements | $800,857.26 |
| 6. 2015 | Michael C. Palmintier, APLC - See Part II Agreements | $58,936.87 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judiciary Center | 2/22/15 - 2/27/15 | Washington, DC | Attend Phase II Orientation for Judges | Travel & Lodging |
| 2. | LA State Bar Association | 11/30/15 | New Orleans, LA | 2015 Voodoo Fest CLE Seminar | Travel & Meals |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | Investiture Ceremony Committee Members - See Section VIII for additional information | Catering expenses for Investiture Ceremony | $11,753.82 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Chase Bank | Mortgage on Rental Prop held in DPHF Company, LLC (Part VII, Line 158) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. deGravelles Enterprises, LLC - Wilkinson County, MS | | None | O | U | | | | | |
| 2. deGravelles Family II, LLC - Baton Rouge, LA | A | Rent | M | Q | | | | | |
| 3. deGravelles Family III, LLC - Wilkinson County, MS | | None | O | Q | | | | | |
| 4. Chase Cash Accounts | A | Interest | K | T | | | | | |
| 5. Citibank Cash Account | A | Interest | | | Closed | 06/30/15 | J | | |
| 6. IRA #1 | E | Int./Div. | M | T | | | | | |
| 7. -Morgan Stanley Cash Account | | | | | | | | | |
| 8. -Consulting Group Govt MMKT | | | | | | | | | |
| 9. -Consulting Group Emrg Market Equity Invest | | | | | | | | | |
| 10. -Consulting Group International Equity Inv | | | | | | | | | |
| 11. -Consulting Group Large Cap Value Eq | | | | | | | | | |
| 12. -Consulting Group Large Cap Growth Inv | | | | | | | | | |
| 13. -Consulting Group Small Cap Growth Inv | | | | | | | | | |
| 14. -Consulting Group Small Cap Value Equity Inv | | | | | | | | | |
| 15. Allianz Life Valuemark III Annuity | | | | | | | | | |
| 16. -Franklin Global Real Estate | | None | M | T | | | | | |
| 17. -AZL Schroder Emg Mkts Ea Cl 1 | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Franklin Mutual Shares | | None | L | T | | | | | |
| 19. -Franklin Large Cap Growth Sec | | None | K | T | | | | | |
| 20. -Franklin Small-Mid Cap Growth | | None | M | T | | | | | |
| 21. -Templeton Foreign Securities | | None | L | T | | | | | |
| 22. -Franklin Rising Dividends Secs | | None | M | T | | | | | |
| 23. Lincoln American Legacy Design 2 Annuity | | | | | | | | | |
| 24. -American Fd International | | None | M | T | | | | | |
| 25. -American Fd Growth - Income | | None | M | T | | | | | |
| 26. -American Fd High Inc Bond | | None | L | T | | | | | |
| 27. -American Fd Growth | | None | M | T | | | | | |
| 28. Prudential Annuity | | | | | | | | | |
| 29. -AST Loomis Sayles Large-Cap Growth | | None | L | T | | | | | |
| 30. -AST MFS Growth | | None | L | T | | | | | |
| 31. -AST Neuberger Berman Mid Cap Growth | | None | | | Merged (with line 36) | 10/16/15 | L | | |
| 32. -AST T. Rowe Price Natural Resources | | None | K | T | | | | | |
| 33. -AST JP Morgan International Equity | | None | K | T | | | | | |
| 34. -AST Templeton Global Bond | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -NVIT Developing Markets Fund | | None | J | T | | | | | |
| 36. -AST Goldman Sachs Mid Cap Growth | | None | L | T | | | | | |
| 37. Transamerica Retirement Plus Annuity | | | | | | | | | |
| 38. -BlackRock Global Alloc V1 | | None | O | T | | | | | |
| 39. -BlackRock High Yield Fund | | None | L | T | | | | | |
| 40. -BlackRock Money Market VI | | None | J | T | | | | | |
| 41. -BlackRock S&P 500 Index VI | | None | O | T | | | | | |
| 42. -PIMCO Total Return | | None | M | T | | | | | |
| 43. Eaton Vance Tax Managed Growth Fund | A | Dividend | L | T | | | | | |
| 44. Unit Quality Municipal National Long Term 109 MPS | B | Int./Div. | K | T | | | | | |
| 45. Morgan Stanley Managed Bond Account #1 | | | | | | | | | |
| 46. -Morgan Stanley Money Market Account | A | Int./Div. | M | T | | | | | |
| 47. -Arizona Trans Board | D | Interest | M | T | | | | | |
| 48. -California St Pub Wks Brd | D | Interest | M | T | | | | | |
| 49. -California St General Obligation | C | Interest | M | T | | | | | |
| 50. -California St General Obligation Var Purp Ref | A | Interest | | | Sold | 11/9/15 | K | B | |
| 51. -Chicago IL Transit Auth | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Curators Univ Mo Sys | C | Interest | | | Sold | 05/27/15 | M | D | |
| 53. -Eanes Tex Indpt Sch Dist Sch | D | Interest | | | Sold | 06/29/15 | M | D | |
| 54. -Energy Northwest Wash Elec | C | Interest | | | Sold | 05/21/15 | L | C | |
| 55. -Energy Northwest Wash Elec Col UM Generating | A | Interest | K | T | | | | | |
| 56. -Florida St Dept Transn Seaport Invt Program Rev | B | Interest | K | T | | | | | |
| 57. -Harris Cnty Tex Met Tran Auth Sales & Use | A | Interest | K | T | | | | | |
| 58. -Houston Tex Util Sys First Lien Rev Ref-C | C | Interest | | | Sold | 07/06/15 | M | C | |
| 59. -Indiana St Fin Auth | C | Interest | | | Sold | 02/06/15 | M | C | |
| 60. -Iowa St Special Obligation | C | Interest | | | Sold | 09/25/15 | M | D | |
| 61. -Jea Fla St Johns Riv Pwr Pk | D | Interest | | | Sold | 06/08/15 | M | A | |
| 62. -Los Angeles Ca Dept Arpts | C | Interest | L | T | | | | | |
| 63. -Louisiana St Gasoline and Fuels Tax Revenue | C | Interest | | | Sold | 06/02/15 | M | B | |
| 64. -Louisiana St General Oblig Ref | B | Interest | | | Sold | 01/06/15 | M | B | |
| 65. -Louisiana St Unclaimed Property Spl Rev | B | Interest | | | Sold | 02/04/15 | L | D | |
| 66. -Lucas Cnty Ohio Hosp Ref Rev Ser-D | A | Interest | K | T | | | | | |
| 67. -Metropolitan Transportation Auth NY Trans Rev Ref | C | Interest | M | T | | | | | |
| 68. -Metropolitan Transportation Auth NY Trans Rev Series B | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Metropolitan Trans Auth NY Rev-B | A | Interest | K | T | | | | | |
| 70. -Miami University Genl Recpts Rev Ref | C | Interest | | | Sold | 07/14/15 | M | B | |
| 71. -Michigan St Comprehensive Transn Rev Ref | C | Interest | | | Sold | 06/09/15 | M | D | |
| 72. -Michigan St Hosp Fin Auth | A | Interest | | | Sold | 01/29/15 | L | D | |
| 73. -Minnesota St Genl Fund Appropriation | C | Interest | M | T | | | | | |
| 74. -New Hampshire St Tpk Sys Rev | C | Interest | M | T | | | | | |
| 75. -New Jersey Econ Dev Auth | C | Interest | M | T | | | | | |
| 76. -New Jersey Econ Dev Auth School Facs | A | Interest | K | T | | | | | |
| 77. -New Jersey Turnpike Authority | C | Interest | M | T | | | | | |
| 78. -New York NY City Trnstnl Fin Auth | C | Interest | L | T | Sold (part) | 04/15/15 | M | D | |
| 79. -Reedy Creek FL Impt Dist Utilities Rev Ref-1 | C | Interest | L | T | | | | | |
| 80. -Sales Tax Asset Receivable Corp Rev-A | D | Interest | M | T | | | | | |
| 81. -San Antonio TX Wtr Sys Jr Lien Rev Ref-A | C | Interest | M | T | | | | | |
| 82. -University Minn | D | Interest | M | T | | | | | |
| 83. -University Tex Univ Revs Ref Ser-F | B | Interest | K | T | | | | | |
| 84. -Washington Hlth Care Facs | B | Interest | L | T | | | | | |
| 85. -Dallas Tex Area Rapid Tran | B | Interest | M | T | Buy | 07/01/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Montgomery Tex Indpt Sch Dist | A | Interest | M | T | Buy | 07/15/15 | M | | |
| 87. -Wisconsin St Clean Wtr | B | Interest | M | T | Buy | 06/19/15 | M | | |
| 88. -Miami-Dade Cnty Fl Wtr and Swr | A | Interest | L | T | Buy | 05/20/15 | L | | |
| 89. -Port Auth NY & NJ Consolidated | C | Interest | M | T | Buy | 04/16/15 | M | | |
| 90. -Texas Transp Commn St Hwy Fund | A | Interest | M | T | Buy | 06/30/15 | M | | |
| 91. -Oregon St Dept of Admin Serv Lottery | D | Interest | M | T | Buy | 01/08/15 | M | | |
| 92. -Iowa Fin Auth Green St | | None | M | T | Buy | 10/26/15 | M | | |
| 93. -Virginia St Pub Sch Auth | B | Interest | M | T | Buy | 03/17/15 | M | | |
| 94. -Washington St for Issues | B | Interest | M | T | Buy | 06/10/15 | M | | |
| 95. -North Carolina BE 5000 | B | Interest | | | Buy | 05/21/15 | L | | |
| 96. | | | | | Sold | 11/13/15 | L | C | |
| 97. Morgan Stanley Managed Bond Account #2 | | | | | | | | | |
| 98. -Morgan Stanley Cash Account | A | Interest | J | T | | | | | |
| 99. -Arizona Trans Brd | A | Interest | J | T | | | | | |
| 100. -Atlanta GA ARPT Passenger FAC | A | Interest | K | T | | | | | |
| 101. -California St General Oblig | A | Interest | J | T | | | | | |
| 102. -District Columbia Income Tax Rev-F | A | Interest | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Dormitory Authority of the State of New York Stat | A | Interest | J | T | | | | | |
| 104. -Fulton Cnty GA Dev Auth Rev-A | A | Interest | | | Sold | 10/15/15 | J | A | |
| 105. -Illinois St Sales Tax Rev | A | Interest | | | Sold | 10/20/15 | J | A | |
| 106. -Houston Tex Util Sys First Lien | A | Interest | J | T | | | | | |
| 107. -Kentucky St Property & Bldgs Commission Rev | A | Interest | | | Sold | 05/19/15 | J | B | |
| 108. -Kentucky Turnpike Auth Econ Dev Rd | A | Interest | J | T | | | | | |
| 109. -Louisiana St Gasoline and Fuels Tax Revenue Ref Series A | A | Interest | J | T | | | | | |
| 110. -Louisiana St Highway Impt | A | Interest | J | T | | | | | |
| 111. -Lower Colorado River Auth Tx Trans | A | Interest | | | Sold | 11/04/15 | J | A | |
| 112. -Minnesota Pub Facs Auth | A | Interest | J | T | | | | | |
| 113. -Missouri Hghwys & Transpt Commfirst Lien | A | Interest | J | T | | | | | |
| 114. -New Jersey Environmental Infrastructure Tr Rev-B | A | Interest | | | Sold | 11/10/15 | J | A | |
| 115. -New York St Urban Dev Corp Contract | A | Interest | J | T | | | | | |
| 116. -Ohio State Cap FACS Lease Appropriation Ser-B | A | Interest | J | T | | | | | |
| 117. -Pennsylvania Econ Dev Fing AU Unemployment Compensation | A | Interest | J | T | | | | | |
| 118. -Phoenix Ariz Civic Impt Corp Wtr Sys Rev | A | Interest | J | T | | | | | |
| 119. -Rhode Island Clean Wtr Fin AGYWTR Pollu | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -San Diego Cnty Calif Wtr Auth | A | Interest | | | Sold | 01/23/15 | J | B | |
| 121.  -University Minn | A | Interest | J | T | | | | | |
| 122.  -Utah Cnty Utah Hosp Rev Ice Health Services | A | Interest | K | T | | | | | |
| 123.  -Virginia Comwlth Transn Brd | A | Interest | | | Sold | 01/26/15 | J | A | |
| 124.  -Miami-Dade Cnty FL WTR and SWR | A | Interest | J | T | Buy | 05/20/15 | J | | |
| 125.  -Louisiana St Gas & Fues Tax - B | A | Interest | J | T | Buy | 01/23/15 | J | | |
| 126.  -Garland Tex Indpt Sch Dist | | None | J | T | Buy | 11/19/15 | J | | |
| 127.  -State of Oregon Genl Oblig | A | Interest | J | T | Buy | 03/18/15 | J | | |
| 128.  -Oregon St General Obligation | A | Interest | J | T | Buy | 03/16/15 | J | | |
| 129.  -Sales Tax Asset Receivable | | None | J | T | Buy | 11/20/15 | J | | |
| 130.  -New Jersey St Tpk Auth | | None | J | T | Buy | 10/23/15 | J | | |
| 131.  Morgan Stanley Managed Stock Account | | | | | | | | | |
| 132.  -Morgan Stanley Cash Mgmt Account | A | Interest | J | T | | | | | |
| 133.  -CONSULTING GRP EMRG MKT EQ INV (TEMUX) | C | Dividend | M | T | | | | | |
| 134. | | | | | Buy (add'l) | 01/13/15 | J | | |
| 135. | | | | | Sold (part) | 01/15/15 | J | A | |
| 136.  -CONSULTING GRP INTL EQ INVEST (TIEUX) | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 01/13/15 | J | A | |
| 138. | | | | | Sold (part) | 01/15/15 | J | A | |
| 139.  -CONSULTING GRP LG CAP VAL EQ (TLVUX) | D | Dividend | O | T | | | | | |
| 140. | | | | | Sold (part) | 01/13/15 | J | A | |
| 141. | | | | | Sold (part) | 01/15/15 | J | A | |
| 142.  -CONSULTING GRP LG CP GW INVEST (TL)GUX | G | Dividend | O | T | | | | | |
| 143. | | | | | Sold (part) | 01/13/15 | K | A | |
| 144. | | | | | Sold (part) | 01/15/15 | J | A | |
| 145. | | | | | Sold (part) | 10/08/15 | J | A | |
| 146.  -CONSULTING GRP SM CP GW INVEST (TSGUX) | F | Dividend | N | T | | | | | |
| 147. | | | | | Sold (part) | 01/12/15 | J | A | |
| 148. | | | | | Sold (part) | 01/13/15 | K | A | |
| 149. | | | | | Sold (part) | 01/15/15 | J | A | |
| 150. | | | | | Sold (part) | 07/10/15 | J | A | |
| 151.  -CONSULTING GRP SM CP VL EQ INV (TSVUX) | E | Dividend | N | T | | | | | |
| 152. | | | | | Sold (part) | 01/13/15 | J | A | |
| 153. | | | | | Sold (part) | 01/15/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| deGravelles, John W. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Morgan Stanley Cash Account #1 | A | Interest | N | T | | | | | |
| 155. DPHF Company, LLC - Baton Rouge, LA | F | Rent | N | U | | | | | |
| 156. Verizon Communications Inc. Common Stock | | None | | | Sold | 01/16/15 | J | A | |
| 157. AT&T Inc. Common Stock | A | Dividend | | | Sold | 02/24/15 | J | B | |
| 158. Scott Fruge' - Personal Loan - Note Receivable | | None | N | T | | | | | |
| 159. Morgan Stanley Cash Account #2 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On January 22, 2015, 100% of the stock of LA Litigation Services, Inc. was gifted. LA Litigation Services, Inc. was a dormant entity and no activity occurred from January 1, 2015 through January 22, 2015.

The value of the annuities listed on lines 15 - 42 increase and decrease based on changes in market value.

Investiture Ceremony Committee Members:
1. Domengeaux Wright Roy Edwards & Colomb, LLC
2. Keogh, Cox & Wilson, LTD. A Professional Corporation
3. Walters, Papillion, Thomas, Cullens, LLC
4. Long Law Firm, LLP
5. Paul H. Due
6. Murray & Murray Attorneys at Law
7. Dodson Hooks & Frederick, APLC
8. John W. Perry
9. Michael C. Palmintier, APLC
10. Louisiana Business Inc.
11. Rutledge Law Firm, LLC
12. McGlinchey Stafford
13. Leonard R. Nachman, Ii
14. Richard M. Thompson Parker

Agreements - Additional Information:

John Neale deGravelles Law, LLC - The terms of the agreement are for a fixed and determinable amount (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for fees related to specific cases for which legal services were rendered prior to appointment to the bench should fees and/or advanced costs payments related to these cases be received by the firm of John Neale deGravelles Law, LLC.

deGravelles, Palmintier, Holthaus & Fruge' - The terms of the agreement are for a fixed calculation of fees (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for legal services rendered in specific cases prior to his appointment to the bench should fees related to these cases be received by deGravelles, Palmintier, Holthaus & Fruge'. The portion of fees that would be received by deGravelles, Palmintier, Holthaus & Fruge' and result in payment to John W. deGravelles is based upon an agreement dated April 20, 2010 between deGravelles, Palmintier, Holthaus & Fruge', Dodson, Hooks & Frederick, APLC and Walters, Papillion, Thomas, Cullens, LLC for the same specifc cases for which legal services were rendered prior to appointment to the bench and contains a fixed calculation of fees to be received by each group listed should fees be collected related to those cases.

Michael C. Palmintier, APLC - The terms of the agreement are for a fixed calculation of cost reimbursements (subject to showing the amount received is rationally based upon the services rendered by John W. deGravelles or, if said amount is not so rationally based, then the maximum amount which is so rationally based) to be paid to John W. deGravelles for reimbursement of costs paid in a specific case prior to his appointment to the bench. The portion of reimbursement that would be received by Michael C. Palmintier, APLC and result in payment to John W. deGravelles is based upon an agreement dated June 18, 2015 between Michael C. Palmintier, APLC and the MR-GO Litigation Group.

Part VII -

Line 2 - Appraisal Dated - 9/3/2012

Line 3 - Appraisal Dated - 1/10/2014

Part VII -
The 2014 report listed an Investment on Line 724 - Invesco Premier Inst. This investment was a money market fund that was sold on November 4, 2014 at cost and resulted in no gain or loss. This item has been deleted from the 2015 report with no transaction reported in Part VII, column D.

The 2014 report listed an Investment on Line 728 - ING Global Real Estate Fd I. The investment was a duplicate entry resulting from a name change that occured in May 2014. ING Global Real Estate Fd I changed its name to VOYA Global Real Estate I which was sold on 11/4/2014 and reported on lines 901 & 902 of the 2014 report. The investment listed as ING Global Real Estate Fd I has been deleted from the 2015 report with no transaction reported in Part VII, column D.

The 2014 report listed an Investment on Line 729 - ADR Banco Santander. This investment had no value as of February 2014 and should not have been listed on the initial report. This item has been deleted from the 2015 report with no transaction reported in Part VII, column D.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. deGravelles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544